IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Harvey Newkirk , Plaintiff(s) v. Nautilus Insurance Company Defendant(s) | ) ) ) ) ) ) ) ) ) ) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** Case No.: 15-cv-7621 (JSR) |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Harvey Newkirk and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, with~~out~~ prejudice against the defendant(s) Nautilus Insurance Company . *Ams*

Date: October 13, 2015

*[signature]*
*Signature of plaintiffs or plaintiff's counsel*

HOSC LLP, Suite 1502, 111 Broadway
*Address*

New York, NY 10006
*City, State & Zip Code*

212-397-3370
*Telephone Number*